IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TAMARA HIGGINBOTHAM, on behalf of herself and all others similarly situated )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>BERMAN & RABIN, PA, )<br>)<br>Defendant. ) | CIVIL ACTION<br>CASE NO.  2:14-cv-2091 |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Keith J. Keogh be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address.  I have also verified that the information contained in the affidavit is true and accurate.

/s/ A.J. Stecklein
A.J. Stecklein #16330
Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913.371.0727
Facsimile: 913.371.0147

Email: AJ@kcconsumerlawyer.com