**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| TAMARA HIGGINBOTHAM, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>BERMAN & RABIN P.A.,<br><br>  Defendant. | Case No.: 14-CV-2091-CM-JPO |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to D. Kan. Rule 83.5.4, I move that David J. Kaminski be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's e-mail address. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully submitted,

 /s/ Timothy J. Finnerty
Timothy J. Finnerty, #10946
tfinnerty@wallacesaunders.com
WALLACE, SAUNDERS,
 AUSTIN, BROWN & ENOCHS, Chartered
400 O.W. Garvey Center
200 West Douglas
Wichita, KS  67202
Phone:  (316) 269-2100
Fax:     (316) 269-2479
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2014, I electronically filed the foregoing **Motion for Leave to Appear** *Pro Hac Vice* with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

A.J. Stecklein
AJ@kcconsumerlawyer.com
CONSUMER LEGAL CLINIC LLC
748 Ann Avenue
Kansas City, KS 66101

Keith J. Keogh, *Pro Hac Vice*
Keith@KeoghLaw.com
Michael S. Hilicki, *Pro Hac Vice*
MHilicki@KeoghLaw.com
KEOGH LAW, LTD
55 W. Monroe St., Suite 3390
Chicago, IL 60603

*Attorneys for Plaintiffs*

    /s/ Timothy J. Finnerty
Timothy J. Finnerty, #10946

(Rev. 6/20/12)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TAMARA HIGGINBOTHAM, on behalf Of herself and all others similarly situated | ) ) ) |
| Plaintiff(s), | ) CIVIL ACTION ) CASE NO. 2:14-cv-02091-CM-JPO |
| v. | ) ) |
| BERMAN & RABIN P.A., | ) ) |
| Defendant. | ) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: **David J. Kaminski**

2. I practice under the following firm name or letterhead:

   Name: **Carlson & Messer LLP**

   Address: **5959 W. Century Blvd., Suite 1214,**

   **Los Angeles, CA 90045**

   Telephone Number: **(310) 242-2200**

   Fax: **(310) 0242-2222**

   Email address: **KaminskiD@cmtlaw.com**

658404 v.1

(Rev. 6/20/12)

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| USDC, C.D. Cal. | 1/12/1988 | 128509 |
| USDD, S.D. Cal. | 1/22/2003 | 128509 |
| USDC, E.D. Cal. | 5/19/2005 | 128509 |
| USDC, N.D. Cal. | 5/4/1994 | 128509 |
| 9th Cir. Court of Appeals | 11/14/1995 | 128509 |
| Supreme Court of California | 6/6/1987 | 128509 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

(Rev. 6/20/12)

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

[NOTE: To the extent that the applicant cannot truthfully affirm the statements contained in paragraphs 6 through 9, the applicant shall attach additional pages which state all relevant facts in connection with that matter. At a minimum, if disciplinary or grievance proceedings have been filed, or criminal proceedings have been commenced, the applicant shall identify the court, case name, docket number and disposition.]

[Affidavit must be notarized and/or contain a declaration that it is being signed under penalty of perjury in accordance with 28 U.S.C. § 1746 and served in accordance with D.Kan. Rule 5.1]

Dated: July 1, 2014

*David J. Kaminski* (signature)

David J. Kaminski

658404 v.1

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

State of California

County of __LOS ANGELES__

On __JULY 1, 2014__ before me, __KATHRYN A. BROWN__,
    Date                                Here Insert Name and Title of the Officer

personally appeared __DAVID J. KAMINSKY__
                         Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: __Kathryn A. Brown__
            Signature of Notary Public

[Notary Seal: KATHRYN A. BROWN, Commission # 1993872, Notary Public - California, Los Angeles County, My Comm. Expires Oct 13, 2016]

Place Notary Seal Above

——————————— OPTIONAL ———————————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here